UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------x
**RICHARD KRAMER**                  :        Civil Action No.:
                                    :
    **Plaintiff,**                   :        3:11-cv-01595 (CFD)
                                    :
vs.                                 :
                                    :
**TRANS-LUX CORPORATION,**          :
                                    :
    **Defendant.**                   :        November 17, 2011
-------------------------------------------------------x

**PARTIES STIPULATION OF VOLUNTARY DISMISSAL *WITHOUT PREJUDICE***

Pursuant to the provisions of Rule 41(a)(1)(ii), the parties herein have stipulated that the above-titled action, filed by Plaintiff Richard Kramer in the Superior Court for the Judicial District of Norwalk at Stamford, in the State of Connecticut and removed to this Court on October 17, 2011, by Defendant Trans-Lux, be hereby dismissed without prejudice and without attorneys' fees or costs.

**AGREED:**

| | |
|---|---|
| **DEFENDANTS** | **PLAINTIFF** |
| **TRANS-LUX CORPORATION,** | **RICHARD KRAMER**, |
| | |
| By: /s/ *Sarah C. Baskin* | By: */s/ Nina T. Pirrotti* |
|     David R. Jimenez (ct 27357) |     Nina T. Pirrotti, Esq. (ct26792) |
|     Sarah C. Baskin (ct 13570) |     GARRISON, LEVIN-EPSTEIN, CHIMES, |
|     Cristina Madry (ct 28063) |         RICHARDSON & FITZGERALD, P.C. |
|     JACKSON LEWIS LLP |     405 Orange Street |
|     90 Statehouse Square, 8th Floor |     New Haven, CT  06511 |
|     Hartford, CT  06103 |     P: 203-777-4425 |
|     P: (860) 522-0404 |     F: 203-776-3965 |
|     F: (860) 247-1330 |     npirrotti@garrisonlaw.com |
|     jimenezd@jacksonlewis.com | |
|     baskins@jacksonlewis.com | |
|     madryc@jacksonlewis.com | |

## CERTIFICATION

I HEREBY CERTIFY that on this 17<u>th</u> day of November, 2011, a copy of the foregoing **Stipulation of Voluntary Dismissal** *Without Prejudice* was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

*/s/ Nina T. Pirrotti*
Nina T. Pirrotti

4820-8072-7054, v.  2